1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOFE ORARA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC INC., a corporation doing business in the State of California,<br><br>    Defendant. | **Case No**. 3:14-cv-02703-JST<br><br>*[Assigned to the Honorable Jon S. Tigar, U.S. District Court Judge]*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**Action Filed**: October 22, 2013<br>**Trial Date**:    November 2, 2015 |

### ORDER

This matter is before the Court on Plaintiff CLEOFE ORARA and Defendant THERMO FISHER SCIENTIFIC INC.'S (hereinafter collectively referred to as "the Parties") Stipulation that the Court grant Plaintiff's request to file a First Amended Complaint.

Upon review of the Parties' Stipulation permitting Plaintiff to file a First Complaint, and upon review of Plaintiff's [Proposed] First Amended Complaint, and upon good-faith and good-cause having been shown, THIS COURT HEREBY ORDERS AS FOLLOWS:

Plaintiff's request for leave to file a First Amended Complaint is GRANTED. Plaintiff is hereby given leave to file Plaintiff's [Proposed] First Amended Complaint as Plaintiff's First Amended Complaint. Plaintiff must file her [Proposed] First Amended Complaint as Plaintiff's First Amended Complaint no later than five (5) from the date of this Order.

IT IS SO ORDERED

Dated: October 2, 2014

