UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOFE ORARA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC INC., a corporation doing business in the State of California,<br><br>Defendant. | Case No. 3:14-cv-02703-HSG<br><br>*[Assigned to the Haywood S. Gilliam, Jr., U.S. District Court Judge]*<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>**Action Filed**: October 22, 2013<br>**Trial Date**:    November 2, 2015 |

## ORDER

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed, with prejudice, in its entirety. Each Party is to bear their own costs and attorney's fees.

IT IS SO ORDERED

Dated: July __31__, 2015

*[signature: Haywood S. Gilliam, Jr.]*

*The Honorable Haywood S. Gilliam, Jr.*
United States District Court Judge

— 1 —    3:14-cv-02703-HSG